NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000006
06-AUG-2015
08:29 AM

NO. CAAP-15-0000006

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JEFFERY P. BRANCO, Claimant-Appellee,
v.
MARK'S ROOFING, INC., Employer/Delinquent-Appellant,
and
SPECIAL COMPENSATION FUND, Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(AB 2008-584(K) and AB 2013-290(K))

ORDER APPROVING THE JULY 21, 2015
STIPULATION TO DISMISS APPEAL FILED ON
JANUARY 6, 2015, BY EMPLOYER-APPELLANT, MARK'S ROOFING, INC.
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the "Stipulation to Dismiss

Appeal Filed on January 6, 2015, by Employer-Appellant, Mark's

Roofing, Inc. [(**Appellant**)]," filed on July 21, 2105, and the

record, it appears that (1) Appellant, Claimant-Appellee Jeffrey

P. Branco, and Appellee Special Compensation Fund stipulate to

dismiss Appeal No. CAAP-15-0000006; (2) the parties' attorneys

have signed the stipulation; (3) the appeal has not been

docketed; and (4) Hawai'i Rules of Appellate Procedure Rule 42(a) provides, "If an appeal has not been docketed, the appeal shall be dismissed upon the filing of a stipulation for dismissal signed by all the parties."

Therefore, IT IS HEREBY ORDERED that Appeal No. CAAP-15-0000006 is dismissed.

DATED: Honolulu, Hawai'i, August 6, 2015.

Chief Judge

Associate Judge

Associate Judge

-2-